# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE: __JESSICA S. ALLEN__ |
| | : | |
| v. | : | MAGISTRATE NO.: __21-8351 (JSA)__ |
| | : | |
| MARCOS PANAYIOTOU | : | DATE OF PROCEEDINGS: __12/2/21__ |
| | : | |
| | : | DATE OF ARREST: __12/2/21__ |
| | : | |

PROCEEDINGS: __R5 Initial Appearance – District of Columbia__

**(X) COMPLAINT**
**(X) ADVISED OF RIGHTS**
**( ) WAIVER OF COUNSEL**
**(X) APPT. OF COUNSEL:** __X__ AFPD ___ CJA
**(X) WAIVER OF HRG.:** __X__ PRELIM __X__ IDENTITY
**( ) CONSENT TO MAGISTRATE'S JURISDICTION**
**( ) PLEA ENTERED:** ___GUILTY __ NOT GUILTY
**( ) PLEA AGREEMENT**
**( ) RULE 11 FORM**
**(X)** FINANCIAL AFFIDAVIT EXECUTED/REVIEWED ON THE RECORD
**(X) OTHER** CONSENT TO VIDEO/TELEPHONE CONFERENCE
**(X) OTHER** CONSENT TO E-SIGNATURE
**(X) OTHER** BRADY ORDER

**( ) TEMPORARY COMMITMENT**
**( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A**
    BAIL APPLICATION AT A LATER TIME
**( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY**
**(X) BAIL SET:** __$100,000_____
**(X) UNSECURED BOND**
    **( ) SURETY BOND SECURED BY CASH / PROPERTY**
**(X)** TRAVEL RESTRICTED __NJ; D.C. for Court & Attorney visits only__
**(X) REPORT TO PRETRIAL SERVICES**
**(X) DRUG TESTING AND/OR TREATMENT**
**( ) MENTAL HEALTH TESTING AND/OR TREATMENT**
**(X) SURRENDER &/OR OBTAIN NO PASSPORT**
**(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR**
    ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

| | |
|---|---|
| ( ) PRELIMINARY / REMOVAL HRG. | DATE: _____ |
| ( ) DETENTION / BAIL HRG. | DATE: _____ |
| ( ) TRIAL: ___COURT ___JURY | DATE: _____ |
| ( ) SENTENCING | DATE: _____ |
| ( ) OTHER: _____ | DATE: _____ |

APPEARANCES:

AUSA  __CHRISTOPHER AMORE__

DEFT. COUNSEL __CAROL DOMINGUEZ (AFPD)__

PRETRIAL  __ELOISA PAREDES__

INTERPRETER _____
          Language: (          )

*Defendant Ordered to appear in D.C. for IA via
Video Conferencing on either December 9th or December 14th.
Defense Counsel to confirm.*

Time Commenced: __2:30 p.m.__
Time Terminated: __3:15 p.m.__
CD No:          __Zoom__

_____
*Jessica Batista*
DEPUTY CLERK